```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 14223
   TREKA T JONES
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

            Debtor
   SSN XXX-XX-1448

-----------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 11/01/2006 and was confirmed 01/08/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 11/05/2007.
-----------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
-----------------------------------------------------------------------------
REGIONAL ACCEPTANCE CORP  SECURED VEHIC    2607.40          425.99        2607.40
REGIONAL ACCEPTANCE CORP  UNSECURED        7686.97             .00            .00
WELLS FARGO BANK          CURRENT MORTG        .00             .00            .00
WELLS FARGO BANK          MORTGAGE ARRE    6767.06             .00            .00
AMERICASH LOANS LLC       UNSECURED        1395.93             .00            .00
AT & T BANKRUPCTY         UNSECURED       NOT FILED            .00            .00
B-LINE LLC                UNSECURED         493.77             .00            .00
COMMONWEALTH EDISON       UNSECURED       NOT FILED            .00            .00
EVERGREEN PROF RECOVERIE  UNSECURED       NOT FILED            .00            .00
FCNB/MASTERTRUST          UNSECURED       NOT FILED            .00            .00
ILLINOIS LENDING CORPORA  UNSECURED         872.33             .00            .00
NICOR GAS                 UNSECURED       NOT FILED            .00            .00
PALISADES COLLECTION INC  UNSECURED       NOT FILED            .00            .00
RECEIVABLE MANAGEMENT SO  UNSECURED       NOT FILED            .00            .00
SPIEGEL                   UNSECURED       NOT FILED            .00            .00
WELLS FARGO BANK          NOTICE ONLY     NOT FILED            .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED        2500.81             .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED        1664.53             .00            .00
LEGAL REMEDIES CHARTERED  DEBTOR ATTY      1,000.00                         645.29
TOM VAUGHN                TRUSTEE                                           246.32
DEBTOR REFUND             REFUND                                               .00

       Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                     RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE             3,925.00

PRIORITY                                    .00
SECURED                                 2,607.40
   INTEREST                               425.99
UNSECURED                                   .00

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 14223 TREKA T JONES
```

```
ADMINISTRATIVE                                              645.29
TRUSTEE COMPENSATION                                        246.32
DEBTOR REFUND                                                  .00
                                  ---------------   ---------------
TOTALS                                   3,925.00          3,925.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                /s/ Tom Vaughn
Dated: 02/26/08                 _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```